No. 81–6951.   MINTZ v. BLOCK, SHERIFF, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6954.   MARSH v. MICHIGAN.   Ct. App. Mich. Certiorari denied.

No. 81–6956.   WELSH v. ST. JOSEPH HOSPITAL, INC. Sup. Ct. N. M.   Certiorari denied.

No. 81–6957.   PENIX v. TAYLOR.   Sup. Ct. Ohio.   Certiorari denied.

No. 81–6958.   MATTHEWS v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–6959.   WILLIAMS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6960.   JOHANNING v. NEW JERSEY.   C. A. 2d Cir. Certiorari denied.

No. 81–6961.   JOHNSON v. BAUCUM ET AL.   C. A. 6th Cir. Certiorari denied.

No. 81–6962.   GARZA v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–6963.   BROADWELL v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–6964.   SCOTT v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–6965.   MILLER v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 81–6967.   BROWN v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 81–6969.   LACE ET AL. v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.